**Heather Lynn KNOX, Plaintiff— Appellee,**

v.

**Bradley Warren PUGH, Defendant— Appellant.**

No. 01–57045.

D.C. No. CV–01–08100–ER.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 17, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM**

Bradley Warren Pugh appeals pro se the district court's order remanding a removed case back to California state court because it lacked subject-matter jurisdiction. We lack jurisdiction to review this order and dismiss the appeal. *See* 28 U.S.C. § 1447(d); *Things Remembered, Inc. v. Petrarca*, 516 U.S. 124, 128, 116 S.Ct. 494, 133 L.Ed.2d 461 (1995).

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.